UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS K. KURIAN, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:19-cv-01757-GMN-EJY |
| vs. ) | |
| ) | **ORDER** |
| SNAPS HOLDING COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Elayna J. Youcha, (ECF No. 36), which states that Plaintiff Thomas Kurian's ("Plaintiff") Renewed Motion for Leave to Amend Complaint to Add Parties, (ECF No. 31), should be denied without prejudice so that Plaintiff may file a second renewed motion to amend if Plaintiff discovers new facts that support all elements necessary to state an alter ego claim. (R. & R. at 8, ECF No. 36).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 36), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion for Leave to Amend Complaint to Add Parties, (ECF No. 31), is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff shall have twenty-one (21) days from the date of this Order to file a second renewed motion to amend, if Plaintiff discovers new facts that support all elements necessary to state an alter ego claim.

**DATED** this 24 day of September, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court