E. BRENT BRYSON, LTD.
E. BRENT BRYSON, ESQ.
Nevada Bar No. 4933
3202 West Charleston Blvd.
Las Vegas, NV 89102
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Ebbesqltd@yahoo.com
*Attorneys for Plaintiff/Counterdefendant*
*Thomas Kurian*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS K. KURIAN, individually, | ) | CASE NO.: 2:19-cv-01757-GMN-EJY |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SNAPS HOLDING COMPANY, a North Dakota Domestic Corporation, | ) ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |
| ——————————————— | ) | |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER
[FIRST REQUEST]

Pursuant to Fed. R. Civ. P. 6, LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the deadline for filing the proposed joint pretrial order, as ordered by this Court in its Order filed on August 23, 2022 [ECF No. 59].

This action arises out of a contractual dispute that was originally filed in State Court by the Plaintiff/Counterdefendant and removed to Federal Court by Defendant/Counterclaimant under diversity jurisdiction.

///

Defendant's historical counsel, Rory C. Mattson (admitted pro hac vice) of the law firm of Messerli & Kramer, P.A., left the firm recently and was the primary attorney litigating this complex case. Local Counsel Richard G. Campbell, Jr., Esq. was not the attorney that was hired to try the case by Defendant/Counterclaimant. While Mr. Campbell has diligently monitored the case, Defendant/Counterclaimant desires that the law office of Messerli & Kramer, P.A. try the matter. Thus, a new attorney from that firm must apply to this Court pro hac vice and familiarize themself with the pleadings and rulings by this Court.

While Mr. Campbell has monitored the pleadings, he has not met with the clients to strategize and make decisions regarding witnesses and exhibits given the complexity of this case.

Counsel for Plaintiff/Counterdefendant, E. Brent Bryson, Esq., and local counsel for Defendant/Counterclaimant, Richard G. Campbell, Jr., Esq., conferred on September 8, 2022 regarding this stipulation and determined, pursuant to the above rules, that good cause exists to extend the time to file the proposed joint pretrial order for sixty (60) days until November 8, 2022. Accordingly,

///

///

///

///

///

///

///

///

///

///

*Case No.: 2:19-cv-01757-GMN-EJY*
*Kurian V. Snaps Holding Company*
*Stipulation and Order*

IT IS HEREBY STIPULATED AND AGREED by and between the parties that good cause exists to grant the parties' stipulation and that the proposed Joint Pretrial Order be filed with this court by November 8, 2022.

DATED this 9th day of September, 2022.                    DATED this 9th day of September, 2022.

E. BRENT BRYSON, LTD.                                     KAEMPFER CROWELL

By: */s/ E. Brent Bryson*                                  By: */s/ Richard G. Campbell*
    E. BRENT BRYSON, ESQ.                                  RICHARD G. CAMPBELL, JR., ESQ.
    Nevada Bar No. 4933                                     Nevada Bar No 001832
    3202 West Charleston Blvd.                              50 W. Liberty St., Suite 700
    Las Vegas, Nevada 89102                                 Reno, NV 89501
    (702) 364-1234 Telephone                                (775)852-3900 Telephone
    (702) 364-1442 Facsimile                                Rcampbell@kcnvlaw.com
    Ebbesqltd@yahoo.com                                     *Attorneys for Defendant*
    *Attorneys for Plaintiff/Counterdefendant*              *SNAPS Holding Company*
    *Thomas Kurian*

**IT IS SO ORDERED.**

Dated this __9__ day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT