MESSERLI KRAMER
BRENDAN R. TUPA, ESQ.
Nevada Bar No *Pro Hac Vice*
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
(612)672-3600 Telephone
(612)672-3777
btupa@kmesserlikramer.com
*Attorneys for Defendant*
*SNAPS Holding Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS K. KURIAN, individually, | ) | CASE NO.:  2:19-cv-01757-GMN-EJY |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SNAPS HOLDING COMPANY, a North | ) | |
| Dakota Domestic Corporation, | ) | |
| | ) | |
| Defendants/Counterclaimants. | ) | |
| | ) | |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PROPOSED JOINT PRETRIAL ORDER

[SECOND REQUEST]

Pursuant to Fed. R. Civ. P. 6, LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the deadline for filing the proposed joint pretrial order, as ordered by this Court in its Order filed on September 9, 2022 [ECF No. 61].  This is the second stipulation for extension of the deadline to file a proposed joint pretrial order in this matter.

This action arises out of a contractual dispute that was originally filed in State Court by the Plaintiff/Counterdefendant and removed to Federal Court by Defendant/Counterclaimant under diversity jurisdiction.

MK_MPLS\24283\3\2689704.v1-11/7/22

///

Defendant's historical counsel, Rory C. Mattson (admitted pro hac vice) of the law firm of Messerli & Kramer, P.A., left the firm recently and was the primary attorney litigating this complex case.  Local Counsel Richard G. Campbell, Jr., Esq. was not the attorney that was hired to try the case by Defendant/Counterclaimant.  While Mr. Campbell has diligently monitored the case, Defendant/Counterclaimant desires that the law office of Messerli & Kramer, P.A. try the matter.  Since the Court's Order of September 9, 2022, Brendan Tupa of Messerli & Kramer has petitioned for his admission to appear in this case and has been diligently working to get up to speed on the factual background and remaining issues pending before the Court.  However, the current November 8, 2022 deadline to file the pretrial order does not give him sufficient time to fully review all of the documents necessary to protect the legal rights of his client.  In addition, there also appears to be some outstanding discovery necessitating supplementation that would assist the parties in a better evaluation of their claims and defenses as well as preparations for trial. Thus, good cause exists for an extension of time for the parties to submit a proposed joint pretrial order.

Counsel for Plaintiff/Counterdefendant, E. Brent Bryson, Esq., and Counsel for Defendant/Counterclaimant, Brendan R. Tupa, Esq., conferred on November 4, 2022 regarding this stipulation and determined, pursuant to the above rules, that good cause exists to extend the time to file the proposed joint pretrial order for one-hundred twenty days (120) days until March 8, 2023.  Accordingly,

///

///

///

///

2

MK_MPLS\24283\3\2689704.v1-11/7/22

*Case No.:  2:19-cv-01757-GMN-EJY*
*Kurian V. Snaps Holding Company*
*Stipulation and Order*

IT IS HEREBY STIPULATED AND AGREED by and between the parties that good cause exists to grant the parties' stipulation and that the proposed Joint Pretrial Order be filed with this court by March 8, 2023.

DATED this 7th day of November, 2022.

E. BRENT BRYSON, LTD.

By: */s/ E. Brent Bryson*
    E. BRENT BRYSON, ESQ.
    Nevada Bar No. 4933
    3202 West Charleston Blvd.
    Las Vegas, Nevada 89102
    (702) 364-1234 Telephone
    (702) 364-1442 Facsimile
    Ebbesqltd@yahoo.com
    *Attorneys for Plaintiff/Counterdefendant*
    *Thomas Kurian*

DATED this 7th day of November, 2022.

KAEMPFER CROWELL

By: */s/*
    RICHARD G. CAMPBELL, JR., ESQ.
    Nevada Bar No 001832
    50 W. Liberty St., Suite 700
    Reno, NV 89501
    (775)852-3900 Telephone
    Rcampbell@kcnvlaw.com
    *Attorneys for Defendant*
    *SNAPS Holding Company*

MESSERLI KRAMER

By: */s/ Brendan R. Tupa*
    BRENDAN R. TUPA, ESQ.
    Nevada Bar No *Pro Hac Vice*
    1400 Fifth Street Towers
    100 South Fifth Street
    Minneapolis, MN 55402
    (612)672-3600 Telephone
    btupa@kmesserlikramer.com
    *Attorneys for Defendant*
    *SNAPS Holding Company*

## ORDER

**IT IS SO ORDERED.**

Dated this __9__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3