RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax:            (775) 327-2011
Email:         rcampbell@kcnvlaw.com

BRENDAN R. TUPA (*Pro Hac Vice*)
Minnesota Bar No. 0340510
MESSERLI & KRAMER, P.A.
Nevada Bar No *Pro Hac Vice*
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
(612)672-3600 Telephone
(612)672-3777
btupa@kmesserlikramer.com

*Attorneys for Defendant/Counterclaimant*
*SNAPS Holding Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS K. KURIAN, individually, | CASE NO.: 2:19-cv-01757-GMN-EJY |
| Plaintiff/Counterdefendant, | |
| vs. | |
| SNAPS HOLDING COMPANY, a North Dakota Domestic Corporation, | |
| Defendant/Counterclaimant. | |

**STIPULATION AND ORDER TO VACATE ORDER FOR IN-PERSON SETTLEMENT CONFERENCE SET FOR APRIL 25, 2023**

Pursuant to the reasons set forth during the hearing held on December 13, 2022, the parties, by and through their respective counsel of record, stipulate and agree that there is good

MK_MPLS\24283\3\2781921.v3-4/18/23

cause to vacate the Order for an in-person settlement conference set for Tuesday, April 25, 2023, as ordered by this Court in its Order of December 13, 2022 [ECF No. 71]. Further, the parties stipulate and agree that the Court should reschedule an in-person settlement conference for a time after the pending motion for an order to show cause is determined by the Court and the outstanding issues relating to discovery are resolved. Furthermore, as a result of these outstanding issues, the parties stipulate and agree that the deadline for the parties to submit a Joint Proposed Trial Order ("JPTO"), which is currently May 25, 2023, pursuant to the Court's Order of March 9, 2023 [ECF 87], should be extended to a date at least thirty (30) days after a rescheduled settlement conference. This is the fourth request for extension of the deadline to file a proposed joint pretrial order in this matter.

This action arises out of a contractual dispute that was originally filed in State Court by the Plaintiff/Counterdefendant and removed to Federal Court by Defendant/Counterclaimant under diversity jurisdiction.

///

Since the Court Ordered an in-person settlement conference for Tuesday, April 25, 2023, and issued an Order to compel certain discovery from Plaintiff, during the hearing on December 13, 2022 [ECF No. 71], Defendant filed a Motion for an Order to Show Cause relating to the Court's Order to Compel [ECF No. 74], which is pending before the Court. Thus, given these outstanding disputes among the parties, good cause exists to vacate the Order for an in-person settlement conference set for Tuesday, April 25, 2023, to reschedule an in-person settlement conference for a time after the pending motion for an order to show cause is determined by the Court, and after the outstanding issues relating to the discovery arising from the newly discovered evidence are resolved. be extended to a date at least thirty (30) days after a rescheduled settlement conference. This is the fourth request for extension of the deadline to file

MK_MPLS\24283\3\2781921.v3-4/18/23

a proposed joint pretrial order in this matter.

Counsel for Plaintiff/Counterdefendant, E. Brent Bryson, Esq., and Counsel for Defendant/Counterclaimant, Brendan R. Tupa, Esq., conferred on April 18, 2023, regarding this stipulation and determined, pursuant to the above rules and circumstances, that good cause exists to 1) vacate the Order for an in-person settlement conference set for Tuesday, April 25, 2023, 2) reschedule an in-person settlement conference for a time after the pending motion for an order to show cause is determined by the Court, and after the outstanding issues relating to discovery are resolved, and 3) extend the due date for a proposed joint pretrial order by the parties until a date to be determined by the Court at least 30 days after the in-person settlement conference. Accordingly,

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

MK_MPLS\24283\3\2781921.v3-4/18/23

*Case No.: 2:19-cv-01757-GMN-EJY*

*Kurian v. Snaps Holding Company*
*Stipulation and Order*

IT IS HEREBY STIPULATED AND AGREED by and between the parties that good cause exists to grant the parties' stipulation and that: 1) the Order for an in-person settlement conference set for Tuesday, April 25, 2023, [ECF No. 71] be VACATED; 2) an in-person settlement conference be rescheduled for a time after the pending motion for an order to show cause is determined by the Court, and after the outstanding issues relating to discovery are resolved, and 3) the due date for a proposed joint pretrial order by the parties be rescheduled from May 25, 2023, until a date to be determined by the Court at least 30 days after the in-person settlement conference.

DATED this 18th day of April, 2023.

E. BRENT BRYSON, LTD.

By: */s/E. Brent Bryson*
   E. BRENT BRYSON, ESQ.
   Nevada Bar No. 4933
   3202 West Charleston Blvd.
   Las Vegas, Nevada 89102
   (702) 364-1234 Telephone
   (702) 364-1442 Facsimile
   Ebbesqltd@yahoo.com
   *Attorneys for Plaintiff/Counterdefendant*
   *Thomas Kurian*

.

DATED this 18th day of April, 2023.

KAEMPFER CROWELL

   RICHARD G. CAMPBELL, JR., ESQ.
   Nevada Bar No. 001832
   50 W. Liberty St., Suite 700
   Reno, NV 89501
   (775)852-3900 Telephone
   Rcampbell@kcnvlaw.com
   *Attorneys for Defendant*
   *SNAPS Holding Company*

MESSERLI & KRAMER, PA

By: */s/Brendan R. Tupa*
   BRENDAN R. TUPA, ESQ.
   Nevada Bar No. *Pro Hac Vice*
   1400 Fifth Street Towers
   100 South Fifth Street
   Minneapolis, MN 55402
   (612) 672-3600 Telephone
   btupa@kmesserlikramer.com

*Attorneys for Defendant Counterclaimant SNAPS Holding Company*

## ORDER

IT IS SO ORDERED this 18th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
ELAYNA J. YOUCHAH