```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

THOMAS K. KURIAN,              )
          Plaintiff,           )  Case No. 2:19-cv-01757-GMN-EJY
     vs.                       )
                               )  ORDER TEMPORARILY UNSEALING
SNAPS HOLDING COMPANY,         )  TRANSCRIPT
          Defendant.           )
_____)
```

Upon the request of Brendan Tupa, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 6/21/23, ECF 102, Motion Hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Brendan Tupa, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this  26th  day of  June  2023.

_____
ELAYNA J. YOUCHAH
U.S. Magistrate Judge