RICHARD G. CAMPBELL, JR.
Nevada Bar No. 1832
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax:          (775) 327-2011
Email:       rcampbell@kcnvlaw.com

BRENDAN R. TUPA (*Pro Hac Vice*)
Minnesota Bar No. 0340510
MESSERLI & KRAMER, P.A.
Nevada Bar No *Pro Hac Vice*
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
(612)672-3600 Telephone
(612)672-3777
btupa@kmesserlikramer.com

*Attorneys for Defendant/Counterclaimant
SNAPS Holding Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS K. KURIAN, individually, | CASE NO.: 2:19-cv-01757-GMN-EJY |
| Plaintiff/Counterdefendant, | |
| vs. | |
| SNAPS HOLDING COMPANY, a North Dakota Domestic Corporation, | |
| Defendant/Counterclaimant. | |

**UNOPPOSED MOTION/STIPULATION TO EXTEND DISCOVERY DEADLINE
AND DEADLINE TO FILE JOINT PRETRIAL ORDER**
**[First Request to Extend Discovery Deadline;
Fourth Request to Extend Deadline to File Joint Pretrial Order]**

Pursuant to LR IA 6-1(a), Defendant and Counterclaimant SNAPS Holding

2843285.v1

Company ("SNAPS") respectfully submits this Memorandum of Points and Authorities in Support of its Unopposed Motion/Stipulation to Extend Discovery Deadline and Deadline to File Joint Pretrial Order. SNAPS' counsel has conferred with Mr. Kurian's counsel, and Mr. Kurian's counsel has no objection to this motion.

## POINTS AND AUTHORITIES

In the Court's Order of June 21, 2023, it reopened discovery for 60 days to allow, among other things, SNAPS to depose PTC-220, LLC and redepose Mr. Kurian. (*See* ECF 102). The discovery period ends on August 21, 2023.

Since the Court's Order, the parties have deposed PTC-220, LLC and were coordinating the deposition of Mr. Kurian. Unfortunately, SNAPS' counsel, Mr. Tupa, recently suffered a serious, unforeseen medical issue. Mr. Tupa requires additional time to recover, and the parties are unable to complete discovery by August 21, 2023. SNAPS has conferred with Mr. Kurian's counsel, and the parties agree that a 60-day extension of the discovery deadline will allow Mr. Tupa time to recover and continue forward with this matter. SNAPS, therefore, respectfully requests that the Court extend the discovery deadline from August 21, 2023 to October 20, 2023.

Additionally, because the parties' Joint Pretrial Order is due 30 days from the end of discovery (currently set for September 21, 2023), SNAPS respectfully requests that the Court extend the Joint Pretrial Order deadline to November 20, 2023.

Respectfully submitted,

MESSERLI & KRAMER, PA

Dated: August 14, 2023          By: *s/ Brendan R. Tupa*
                                BRENDAN R. TUPA, ESQ.
                                Nevada Bar No *Pro Hac Vice*
                                1400 Fifth Street Towers

2

2843285.v1

|   |   |
|---|---|
|   | 100 South Fifth Street<br>Minneapolis, MN 55402<br>(612) 672-3600 Telephone<br>btupa@kmesserlikramer.com |
|   | KAEMPFER CROWELL |
|   | RICHARD G. CAMPBELL, JR., ESQ.<br>Nevada Bar No. 001832<br>50 W. Liberty St., Suite 700<br>Reno, NV 89501<br>(775)852-3900 Telephone<br>Rcampbell@kcnvlaw.com |
|   | *Attorneys for Defendant/<br>Counterclaimant SNAPS Holding<br>Company* |
|   | E BRENT BRYSON, LTD. |
| Dated: August 14, 2023 | By: *s/ E. Brent Bryson*<br>E. BRENT BRYSON, ESQ.<br>Nevada Bar No. 004933<br>375 E. Warm Springs Rd, Suite 104<br>Las Vegas, NV 89119<br>(702) 364-1234 Telephone<br>ebbesqltd@yahoo.com |
|   | *Attorneys for Plaintiff/<br>Counterdefendant Thomas K. Kurian* |

**ORDER**

IT IS SO ORDERED.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2023

3

2843285.v1