**E. BRENT BRYSON, ESQ.**
Nevada State Bar No. 004933
**E. BRENT BRYSON, LTD.**
375 E. Warm Springs Rd., Suite 104
Las Vegas, Nevada 89119
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Ebbesqltd@yahoo.com
*Attorney for Plaintiff/Counterdefendant,*
*Thomas K. Kurian*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS K. KURIAN, individually,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>vs.<br><br>SNAPS HOLDING COMPANY, a North Dakota Domestic Corporation,<br><br>　　　　Defendants/Counterclaimants. | Case No.: 2:19-cv-01757-GMN-EJY<br><br>**STIPULATION AND ORDER FOR PRETRIAL CONFERENCE**<br><br>[FIRST REQUEST] |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties that a pretrial conference be scheduled in the above-captioned matter for November 17, 2025, at the hour of 9:00 a.m.. The parties have verified the court's availability with Courtroom Administrator Nick Vaglio. The parties further request to appear for the hearing by videoconference (ZOOM).

　　　This request for a pretrial conference is made because the parties seek the court's clarification of pretrial issues and respectfully request a pretrial conference pursuant to this Court's Trial Order, paragraph 3 (ECF No. 221).

///

///

///

///

*2:19-cv-01757-GMN-EJY*
*Kurian v. SNAPS Holding Co.*
*Stipulation and Order*

This is the parties' first request to schedule a pretrial conference and is not made for purposes of delay or any other wrongful purpose.

DATED this 13th day of November, 2025.    DATED this 13th day of November, 2025.

**E. BRENT BRYSON, LTD.**    **QUANTUM LEX, P.A.**

By: */s/: E. Brent Bryson, Esq.*    By: */s/: John R. Neve, Esq.*
**E. BRENT BRYSON, ESQ.**    **JOHN R. NEVE, ESQ.**
Nevada State Bar No. 004933    Minnesota State Bar No. 278300
**E. BRENT BRYSON, LTD.**    *Admitted Pro Hac Vice*
375 E. Warm Springs Road, Ste. 104    **QUANTUM LEX, PA**
Las Vegas, Nevada 89119    6800 France Avenue South, Suite 405
(702) 364-1234 Telephone    Minneapolis, MN 55435
(702) 364-1442 Facsimile    (952) 746-2400 Telephone
Ebbesqltd@yahoo.com    jneve@quantumlex.io
*Attorneys for Plaintiff/Counterdefendant,*    *Attorney for Defendant/Counterclaimant,*
*Thomas K. Kurian*    *Snaps Holding Company*

## **ORDER**

IT IS SO ORDERED this  13  day of November, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE
GLORIA M. NAVARRO

2