Abraham G. Smith
Nevada Bar No. 13250
Terra E. Shepard
Nevada Bar No. 16625
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: (702) 669-4600
Fax: (702) 920-8118
agsmith@hollandhart.com
teshepard@hollandhart.com
*Attorneys for Plaintiff/Counterdefendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS K. KURIAN, individually,<br>Plaintiff/<br>Counterdefendant,<br>*v.*<br>SNAP HOLDING COMPANY, a North Dakota domestic corporation,<br>Defendant/<br>Counterclaimant. | Case No. 2:19-cv-1757-GMN-EJY<br>**Stipulation to Substitute Counsel** |

Subject to this Court's approval, the undersigned client and counsel stipulate as follows:

Plaintiff/counterdefendant Thomas K. Kurian substitutes as counsel Abraham G. Smith and Terra E. Shepard of Holland & Hart LLP for E. Brent Bryson of E. Brent Bryson, Ltd. LR IA 11-6(c).

This substitution should not cause a delay in the hearing of post-judgment

motions. No further trial setting has been made. LR IA 11-6(e).

All consent to this substitution.

November 23, 2026.

E. BRENT BRYSON, LTD.

By: [signature]
E. Brent Bryson
Nevada Bar No. 4933
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 364-1234

HOLLAND & HART LLP

By: [signature]
Abraham G. Smith
Nevada Bar No. 13250
Terra E. Shepard
Nevada Bar No. 16625
9555 Hillwood Drive
2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600

*Attorneys for Plaintiff/Counterdefendant*

Signed by:
Thomas Kurian
6E7C67228685422...

Thomas K. Kurian

**Order**

IT IS SO ORDERED:

[signature]
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Dated: November 23, 2026

## Certificate of Service

I certify that on November 23, 2026, I submitted the foregoing "Stipulation to Substitute Counsel" for filing via the Court's electronic filing system. Electronic notification will be sent to the following:

Richard G. Campbell, Jr.
KAEMPFER CROWELL
50 W. Liberty St., Suite 700
Reno, Nevada 89501

John R. Neve
John Hayden
QUANTUM LEX PA
6800 France Ave. South, Suite 405
Minneapolis, Minnesota 55435

*Attorneys for Defendant/Counterclaimant*

*/s/ Paige Melinchok*
An employee of Holland & Hart LLP